UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 1:20-CV-21180-MGC

FILED BY____PG____D.C.

MAY 12 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## MOTION IN OPPOSITION OF MOTION TO STRIKE OR DISMISS THE COMPLAINT

NOW INTO TO COURT COMES pro se litigants, Geraldine Riley, Joyce Parker-Osum, Diedra Price, Lorenzo Moore, Genevia Emery, Aaron Parker, Jah'vyre Matthews, Stephanie Ross, Dianne McKendall, Rosalyn Parker, Lashonda Thompson, Phyllis McDonald, Kenzie McKinney, Elton Lee, Theresa Elioe, Brittany Williams, Shelia Williams, Sonja Williams, Dianne Johnson, Gloria Thomas, Sandra Brown, James Osum, Keandrys Dalton individually and obo her minor child Liyah Elioe, Charles Dalton, Danna Johnson, Mary Sterling, Valerie Goudeau-Allen, Sandra Brown, Dianne McKendall, and Andre Sterling who oppose the motion to strike or dismiss the complaint above referenced for the following reasons to wit:

### Background

This is a personal injury action filed against the Carnival Glory for injuries suffered by the listed pro se litigants in December 2019. It occurred when the Carnival Glory collided with the Carnival Legand at port in Cozumel, Mexico. The pro se litigants are listed as named plaintiffs in the complaint that has been filed with this court.

## Memorandum of Law

The motion to strike that was filed by the defense asserts that the lead plaintiff, Cecile Dalton can not exercise her power of attorney signed by the above listed pro se litigants to handle this matter on their behalf. District Courts have discretion when considering a motion to strike. Federal Rule of Civil Procedure 12(f) sets the standard for granting this motion. Usually these motions are viewed with disfavor because striking a portion of a pleading is a drastic remedy and often sought as a dilatory tactic. This motion must be viewed in the light most favorable to the pleader. See *Waste Mgmt. Holdings, Inc. v. Gilmore*, 252 F.3d 316, 347 (4th Cir. 2001) and *Piontek v. Serv. Ctrs. Corp.*, PJM 10-1202, 2010 WL 4449419, at *8-9 (D.Md. Nov. 5, 2010) (citation omitted).

## Conclusion

In light of this, the pro se litigants should be allowed to sign the filed petition which they are a part of in lieu of dismissing the complaint.

Respectfully submitted,

*Geraldine Riley*
Geraldine Riley
716 Third Street
Gretna, LA 70053
504-362-2828

*Joyce Parker-Osum*
Joyce Parker-Osum
716 Third Street
Gretna, LA 70053
504-362-2828

*Diedra Price*
Diedra Price

716 Third Street
Gretna, LA 70053
504-362-2828

*Lorenzo Moore*
Lorenzo Moore
716 Third Street
Gretna, LA 70053
504-362-2828

*Genevia Emery*
Genevia Emery
716 Third Street
Gretna, LA 70053
504-362-2828

*Aaron Parker*
Aaron Parker
716 Third Street
Gretna, LA 70053
504-362-2828

*Jah'vyre Matthews*
Jah'vyre Matthews
716 Third Street
Gretna, LA 70053
504-362-2828

*Stephanie Ross*
Stephanie Ross
716 Third Street
Gretna, LA 70053
504-362-2828

*Dianne McKendall*
Dianne McKendall
716 Third Street
Gretna, LA 70053
504-362-2828

*Rosalyn Parker*
Rosalyn Parker
716 Third Street
Gretna, LA 70053
504-362-2828

*Lashonda Thompson*
Lashonda Thompson
716 Third Street
Gretna, LA 70053
504-362-2828

*Phyllis McDonald*
Phyllis McDonald
716 Third Street
Gretna, LA 70053
504-362-2828

*Kenzie McKinney*
Kenzie McKinney
716 Third Street
Gretna, LA 70053
504-362-2828

*Elton Lee*
Elton Lee
716 Third Street
Gretna, LA 70053
504-362-2828

*Theresa Elioe*
Theresa Elioe
716 Third Street
Gretna, LA 70053
504-362-2828

*Brittany Williams*
Brittany Williams
716 Third Street
Gretna, LA 70053
504-362-2828

*Sheila Williams*
Sheila Williams
716 Third Street
Gretna, LA 70053
504-362-2828

Sonja Williams
716 Third Street
Gretna, LA 70053
504-362-2828

Dianne Johnson
716 Third Street
Gretna, LA 70053
504-362-2828

Gloria Thomas
716 Third Street
Gretna, LA 70053
504-362-2828

Sandra Brown
716 Third Street
Gretna, LA 70053
504-362-2828

James Osum
716 Third Street
Gretna, LA 70053
504-362-2828

Keandrys Dalton
716 Third Street
Gretna, LA 70053
504-362-2828

Charles Dalton
716 Third Street
Gretna, LA 70053
504-362-2828

Danna Johnson
716 Third Street
Gretna, LA 70053
504-362-2828

Mary Sterling
716 Third Street
Gretna, LA 70053
504-362-2828

Valerie Goudeau-Allen
716 Third Street
Gretna, LA 70053
504-362-2828

Sandra Brown
716 Third Street
Gretna, LA 70053
504-362-2828

Dianne McKendall
716 Third Street
Gretna, LA 70053
504-362-2828

Andre Sterling
716 Third Street
Gretna, LA 70053
504-362-2828

## CERTIFICATE OF SERVICE

I, Geraldine Riley, Joyce Parker-Osum, Diedra Price, Lorenzo Moore, Genevia Emery, Aaron Parker, Jah'vyre Matthews, Stephanie Ross, Dianne McKendall, Rosalyn Parker, Lashonda Thompson, Phyllis McDonald, Kenzie McKinney, Elton Lee, Theresa Elioe, Brittany Williams, Shelia Williams, Sonja Williams, Dianne Johnson, Gloria Thomas, Sandra Brown, James Osum, Keandrys Dalton individually and obo her minor child Liyah Elioe, Charles Dalton, Danna Johnson, Mary Sterling, Valerie Goudeau-Allen, Sandra Brown, Dianne McKendall, and Andre Sterling, certify that a copy of the foregoing pleading was served on previous counsel, defendant and the government by mailing the same to each properly addressed and postage prepaid on this 5th day of May 2021..

*[Handwritten signatures of the listed parties]*

To reuse, cover or mark through any previous shipping information.

```
ORIGIN ID:NEWA  (504) 362-2828        SHIP DATE: 11MAY21
DEMETRIE FORD                         ACTWGT: 0.75 LB
                                      CAD: 6990853/SSF02201
810 BIENVILLE ST

NEW ORLEANS, LA 70112                 BILL CREDIT CARD
UNITED STATES US
```

TO **CLERK US DISTRICT COURT**
**SOUTHERN DISTRICT OF FL**
**400 N MIAMI AVE**

**MIAMI FL 33128**
(561) 379-5556        REF:
INV:
PO:                                   DEPT:



**FedEx**
Express

**E**

TRK# 7870 4426 7602    WED - 12 MAY 10:30A
0201                   **PRIORITY OVERNIGHT**

**XH MPBA**                     **33128**
                              FL-US  MIA

