**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division**

**CASE NO.: 1:20-CV-21180-MGC**

```
FILED BY_____PG_____D.C.

        MAY 1 2 2021

      ANGELA E. NOBLE
     CLERK U.S. DIST. CT.
     S. D. OF FLA. - MIAMI
```

## MOTION TO ENROLL AS PRO SE LITIGANT

**NOW INTO COURT** through undersigned counsel comes, AARON PARKER,

a pro se litigant made a party to this complaint, who respectfully moves this Honorable

Court to allow him to enroll as a pro se litigant.

**WHEREFORE, plaintiff** respectfully requests that this court grant her motion.

Respectfully submitted,

*Aaron Parker*
Aaron Parker
716 Third Street
Gretna, LA 70053
(504) 362-2828

## CERTIFICATE OF SERVICE

I, Aaron Parker, certify that a copy of the foregoing pleading was served on

previous counsel, defendant and the government by mailing the same to each properly

addressed and postage prepaid on this 5th day of May 2021.

*Aaron Parker*
Aaron Parker

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**CASE NO.: 1:20-CV-21180-MGC**

**O R D E R**

THE FOREGOING CONSIDERED;

**IT IS HEREBY ORDERED** that Aaron Parker,

be enrolled as a pro se litigant.

**THUS DONE AND SIGNED** in Miami, Florida this _____ day of _____, 2021.

_____
**JUDGE**

To reuse, cover or mark through any previous shipping information.



ORIGIN ID:NEWA  (504) 362-2828
DEMETRIE FORD
810 BIENVILLE ST
NEW ORLEANS, LA 70112
UNITED STATES US

SHIP DATE: 11MAY21
ACTWGT: 0.75 LB
CAD: 6890853/SSF02201

BILL CREDIT CARD

TO CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF FL
400 N MIAMI AVE

MIAMI FL 33128
(561) 379-5558        REF:
INV:
PO:                   DEPT:



**FedEx**
Express

WED – 12 MAY 10:30A
PRIORITY OVERNIGHT

TRK# 7870 4426 7602
0201

XH MPBA

33128
FL-US   MIA



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**CASE NO.: 1:20-CV-21180-MGC**

```
FILED BY ___PG___ D.C.

MAY 1 2 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI
```

## MOTION TO ENROLL AS PRO SE LITIGANT

**NOW INTO COURT** through undersigned counsel comes, ANDRE

STERLING,  a pro se litigant made a party to this complaint, who respectfully moves this

Honorable Court to allow him to enroll as a pro se litigant.

**WHEREFORE, plaintiff** respectfully requests that this court grant his motion.

Respectfully submitted,

Andre Sterling

Andre Sterling
716 Third Street
Gretna, LA 70053
(504) 362-2828

## CERTIFICATE OF SERVICE

I, Andre Sterling, certify that a copy of the foregoing pleading was served on

previous counsel, defendant and the government by mailing the same to each properly

addressed and postage prepaid on this 5th day of May 2021.

Andre Sterling

Andre Sterling

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**CASE NO.: 1:20-CV-21180-MGC**

<u>O R D E R</u>

**THE FOREGOING CONSIDERED;**

**IT IS HEREBY ORDERED** that Andre Sterling,

be enrolled as a pro se litigant.

**THUS DONE AND SIGNED** in Miami, Florida this _____day of _____,
2021.

_____
**JUDGE**

To reuse, cover or mark through any previous shipping information.

ORIGIN ID:NEWA  (504) 362-2828
DEMETRIE FORD
810 BIENVILLE ST
NEW ORLEANS, LA 70112
UNITED STATES US

SHIP DATE: 11MAY21
ACTWGT: 0.75 LB
CAD: 6890853/SSFO2201

BILL CREDIT CARD

TO **CLERK US DISTRICT COURT**
**SOUTHERN DISTRICT OF FL**
**400 N MIAMI AVE**

**MIAMI FL 33128**
(561) 879-5556        REF:




**FedEx**
Express

**E**



TRK# 7870 4426 7602
0201

**WED – 12 MAY 10:30A**
**PRIORITY OVERNIGHT**

**XH MPBA**

**33128**
FL-US  **MIA**



**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division**

**CASE NO.: 1:20-CV-21180-MGC**

```
FILED BY_____PG_____D.C.

MAY 1 2 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI
```

## MOTION TO ENROLL AS PRO SE LITIGANT

**NOW INTO COURT** through undersigned counsel comes, BRITTANY

WILLIAMS, a pro se litigant made a party to this complaint, who respectfully moves

this Honorable Court to allow her to enroll as a pro se litigant.

**WHEREFORE, plaintiff** respectfully requests that this court grant her motion.

Respectfully submitted,

*Brittany Williams*
Brittany Williams
716 Third Street
Gretna, LA 70053
(504) 362-2828

## CERTIFICATE OF SERVICE

I, Brittany Williams, certify that a copy of the foregoing pleading was served on

previous counsel, defendant and the government by mailing the same to each properly

addressed and postage prepaid on this 5th day of May 2021.

*Brittany Williams*
Brittany Williams

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**CASE NO.: 1:20-CV-21180-MGC**

**O R D E R**

**THE FOREGOING CONSIDERED;**

**IT IS HEREBY ORDERED** that Brittany Williams,

be enrolled as a pro se litigant.

**THUS DONE AND SIGNED** in Miami, Florida this _____ day of _____, 2021.

_____
**JUDGE**



To reuse, cover or mark through any previous shipping information.

ORIGIN ID:NEWA   (504) 362-2020
DEMETRIE FORD
810 BIENVILLE ST

NEW ORLEANS, LA 70112
UNITED STATES US

SHIP DATE: 11MAY21
ACTWGT: 0.75 LB
CAD: 6890853/SSF02201

BILL CREDIT CARD

TO  CLERK US DISTRICT COURT
    SOUTHERN DISTRICT OF FL
    400 N MIAMI AVE

    MIAMI FL 33128
(561) 379-5656        REF:

FedEx
Express

E

WED – 12 MAY 10:30A
PRIORITY OVERNIGHT

TRK#
0201  7870 4426 7602

XH MPBA                33128
              FL-US   MIA

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

FILED BY _PG_ D.C.

MAY 1 2 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**CASE NO.: 1:20-CV-21180-MGC**

## MOTION TO ENROLL AS PRO SE LITIGANT

**NOW INTO COURT** through undersigned counsel comes, CHARLES

DALTON,  a pro se litigant made a party to this complaint, who respectfully moves this

Honorable Court to allow him to enroll as a pro se litigant.

**WHEREFORE, plaintiff** respectfully requests that this court grant his motion.


Respectfully submitted,

*Charles Dalton*
Charles Dalton
716 Third Street
Gretna, LA 70053
(504) 362-2828


## CERTIFICATE OF SERVICE

I, Charles Dalton, certify that a copy of the foregoing pleading was served on

previous counsel, defendant and the government by mailing the same to each properly

addressed and postage prepaid on this 5th day of May 2021.

*Charles Dalton*
Charles Dalton

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**CASE NO.: 1:20-CV-21180-MGC**

## O R D E R

**THE FOREGOING CONSIDERED;**

**IT IS HEREBY ORDERED** that Charles Dalton,

be enrolled as a pro se litigant.

**THUS DONE AND SIGNED** in Miami, Florida this _____day of _____,
2021.

_____
**JUDGE**

To reuse, cover or mark through any previous shipping information.

ORIGIN ID:NEWA  (504) 362-2828
DEMETRIE FORD
810 BIENVILLE ST
NEW ORLEANS, LA 70112
UNITED STATES US

SHIP DATE: 11MAY21
ACTWGT: 0.75 LB
CAD: 6990863/BBF02201

BILL CREDIT CARD

TO  **CLERK US DISTRICT COURT**
**SOUTHERN DISTRICT OF FL**
**400 N MIAMI AVE**

**MIAMI FL 33128**
(581) 879-5556        REF:



**FedEx**
Express

**E**

**WED – 12 MAY 10:30A**
**PRIORITY OVERNIGHT**

TRK#
0201  **7870 4426 7602**

**XH MPBA**

**33128**
FL-US   **MIA**



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**CASE NO.: 1:20-CV-21180-MGC**

FILED BY ____ PG ____ D.C.

MAY 1 2 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## MOTION TO ENROLL AS PRO SE LITIGANT

**NOW INTO COURT** through undersigned counsel comes, DANNA JOHNSON,

a pro se litigant made a party to this complaint, who respectfully moves this Honorable

Court to allow her to enroll as a pro se litigant.

**WHEREFORE, plaintiff** respectfully requests that this court grant her motion.

Respectfully submitted,

Danna Johnson
716 Third Street
Gretna, LA 70053
(504) 362-2828

## CERTIFICATE OF SERVICE

I, Danna Johnson, certify that a copy of the foregoing pleading was served on

previous counsel, defendant and the government by mailing the same to each properly

addressed and postage prepaid on this 5th day of May 2021.

Danna Johnson

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**CASE NO.: 1:20-CV-21180-MGC**

## O R D E R

**THE FOREGOING CONSIDERED;**

    **IT IS HEREBY ORDERED** that Danna Johnson,

be enrolled as a pro se litigant.

    **THUS DONE AND SIGNED** in Miami, Florida this _____day of _____,
2021.

            _____
                       **JUDGE**

To reuse, cover or mark through any previous shipping information.

ORIGIN ID:NEWA (504) 362-2828
DEMETRIE FORD
810 BIENVILLE ST
NEW ORLEANS, LA 70112
UNITED STATES US

SHIP DATE: 11MAY21
ACTWGT: 0.75 LB
CAD: 8980853/SSF02201

BILL CREDIT CARD

TO CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF FL
400 N MIAMI AVE

MIAMI FL 33128
(561) 879-5556        REF:

 

**FedEx**
Express

**E**

TRK# 7870 4426 7602
0201

WED – 12 MAY 10:30A
PRIORITY OVERNIGHT

**XH MPBA**          33128
                FL-US  MIA



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

FILED BY _____ PG _____ D.C.

MAY 1 2 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**CASE NO.: 1:20-CV-21180-MGC**

## MOTION TO ENROLL AS PRO SE LITIGANT

**NOW INTO COURT** through undersigned counsel comes, DIANNE

JOHNSON, a pro se litigant made a party to this complaint, who respectfully moves this

Honorable Court to allow her to enroll as a pro se litigant.

**WHEREFORE, plaintiff** respectfully requests that this court grant her motion.

Respectfully submitted,

*Dianne Johnson*
Dianne Johnson
716 Third Street
Gretna, LA 70053
(504) 362-2828

## CERTIFICATE OF SERVICE

I, Dianne Johnson, certify that a copy of the foregoing pleading was served on

previous counsel, defendant and the government by mailing the same to each properly

addressed and postage prepaid on this 5th day of May 2021.

*Dianne Johnson*
Dianne Johnson

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**CASE NO.: 1:20-CV-21180-MGC**

**O R D E R**

**THE FOREGOING CONSIDERED**;

**IT IS HEREBY ORDERED** that Dianne Johnson,

be enrolled as a pro se litigant.

**THUS DONE AND SIGNED** in Miami, Florida this _____day of _____,
2021.

_____
**JUDGE**



To reuse, cover or mark through any previous shipping information.

ORIGIN ID:NEWA  (504) 362-2828
DEMETRIE FORD
810 BIENVILLE ST
NEW ORLEANS, LA 70112
UNITED STATES US

SHIP DATE: 11MAY21
ACTWGT: 0.75 LB
CAD: 8990853/SSF02201

BILL CREDIT CARD

TO **CLERK US DISTRICT COURT**
**SOUTHERN DISTRICT OF FL**
**400 N MIAMI AVE**

**MIAMI FL 33128**
(561) 979-5555          REF:
INV:
PO:                              DEPT:





FedEx
Express

E

TRK#  **7870 4426 7602**
0201

WED — 12 MAY 10:30A
**PRIORITY OVERNIGHT**

**XH MPBA**

**33128**
FL-US   **MIA**



FILED BY___*PG*___D.C.

MAY 1 2 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**CASE NO.: 1:20-CV-21180-MGC**

## MOTION TO ENROLL AS PRO SE LITIGANT

**NOW INTO COURT** through undersigned counsel comes, DIANNE

McKENDALL,  a pro se litigant made a party to this complaint, who respectfully moves

this Honorable Court to allow her to enroll as a pro se litigant.

**WHEREFORE, plaintiff** respectfully requests that this court grant her motion.

Respectfully submitted,

Dianne McKendall
716 Third Street
Gretna, LA 70053
(504) 362-2828

## CERTIFICATE OF SERVICE

I, Dianne McKendall, certify that a copy of the foregoing pleading was served on

previous counsel, defendant and the government by mailing the same to each properly

addressed and postage prepaid on this 5th day of May 2021.

Dianne McKendall

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 1:20-CV-21180-MGC

**O R D E R**

**THE FOREGOING CONSIDERED**;

**IT IS HEREBY ORDERED** that Dianne McKendall,

be enrolled as a pro se litigant.

**THUS DONE AND SIGNED** in Miami, Florida this _____ day of _____, 2021.

_____
**JUDGE**

To reuse, cover or mark through any previous shipping information.

ORIGIN ID:NEWA (504) 362-2828
DEMETRIE FORD
810 BIENVILLE ST

NEW ORLEANS, LA 70112
UNITED STATES US

SHIP DATE: 11MAY21
ACTWGT: 0.75 LB
CAD: 8980853/SSF02201

BILL CREDIT CARD

TO  **CLERK US DISTRICT COURT**
**SOUTHERN DISTRICT OF FL**
**400 N MIAMI AVE**

**MIAMI FL 33128**
(561) 379-5558        REF:



**FedEx**
Express

**E**

TRK# 7870 4426 7602
0201

**WED – 12 MAY 10:30A**
**PRIORITY OVERNIGHT**

**XH MPBA**                    **33128**
FL-US   **MIA**



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**CASE NO.: 1:20-CV-21180-MGC**

FILED BY ___PG___ D.C.

MAY 1 2 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**MOTION TO ENROLL AS PRO SE LITIGANT**

**NOW INTO COURT** through undersigned counsel comes, DIEDRA PRICE, a

pro se litigant made a party to this complaint, who respectfully moves this Honorable

Court to allow her to enroll as a pro se litigant.

**WHEREFORE, plaintiff** respectfully requests that this court grant her motion.

Respectfully submitted,

Diedra Price
716 Third Street
Gretna, LA 70053
(504) 362-2828

**CERTIFICATE OF SERVICE**

I, Diedra Price, certify that a copy of the foregoing pleading was served on

previous counsel, defendant and the government by mailing the same to each properly

addressed and postage prepaid on this 5th day of May 2021.

Diedra Price

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**CASE NO.: 1:20-CV-21180-MGC**

<u>**O R D E R**</u>

**THE FOREGOING CONSIDERED;**

**IT IS HEREBY ORDERED** that Diedra Price,

be enrolled as a pro se litigant.

**THUS DONE AND SIGNED** in Miami, Florida this _____day of _____,
2021.

_____
**JUDGE**

To reuse, cover or mark through any previous shipping information.

ORIGIN ID:NEWA (504) 382-2828
DEMETRIE FORD
810 BIENVILLE ST

NEW ORLEANS, LA 70112
UNITED STATES US

SHIP DATE: 11MAY21
ACTWGT: 0.75 LB
CAD: 8980853/8SF02201

BILL CREDIT CARD

TO **CLERK US DISTRICT COURT**
**SOUTHERN DISTRICT OF FL**
**400 N MIAMI AVE**

**MIAMI FL 33128**
(561) 379-5556       REF:





**FedEx**
Express

**E**

TRK# 7870 4426 7602
0201

WED – 12 MAY 10:30A
PRIORITY OVERNIGHT

**XH MPBA**

**33128**
FL-US  MIA



## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### Miami Division

### CASE NO.: 1:20-CV-21180-MGC

```
FILED BY____PG____D.C.

MAY 1 2 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI
```

## MOTION TO ENROLL AS PRO SE LITIGANT

**NOW INTO COURT** through undersigned counsel comes, ELTON LEE, a pro se litigant made a party to this complaint, who respectfully moves this Honorable Court to allow him to enroll as a pro se litigant.

**WHEREFORE, plaintiff** respectfully requests that this court grant his motion.

Respectfully submitted,

*Elton Lee*

Elton Lee
716 Third Street
Gretna, LA 70053
(504) 362-2828

## CERTIFICATE OF SERVICE

I, Elton Lee, certify that a copy of the foregoing pleading was served on previous counsel, defendant and the government by mailing the same to each properly addressed and postage prepaid on this 5th day of May 2021.

*Elton Lee*

Elton Lee

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**CASE NO.: 1:20-CV-21180-MGC**

**O R D E R**

**THE FOREGOING CONSIDERED;**

**IT IS HEREBY ORDERED** that Elton Lee,

be enrolled as a pro se litigant.

**THUS DONE AND SIGNED** in Miami, Florida this _____ day of _____,
2021.

_____
**JUDGE**

To reuse, cover or mark through any previous shipping information.

ORIGIN ID:NEWA (504) 362-2828
DEMETRIE FORD
810 BIENVILLE ST

NEW ORLEANS, LA 70112
UNITED STATES US

SHIP DATE: 11MAY21
ACTWGT: 0.75 LB
CAD: 8880853/SSF02201

BILL CREDIT CARD

TO  CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF FL
400 N MIAMI AVE

MIAMI FL 33128
(561) 379-5556          REF:



FedEx
Express

E

TRK# 7870 4426 7602
0201

WED – 12 MAY 10:30A
PRIORITY OVERNIGHT

 XH MPBA 

33128
FL-US    MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 1:20-CV-21180-MGC

FILED BY _____ *PG* _____ D.C.

MAY 1 2 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## MOTION TO ENROLL AS PRO SE LITIGANT

**NOW INTO COURT** through undersigned counsel comes, GENEVIA EMERY,

a pro se litigant made a party to this complaint, who respectfully moves this Honorable

Court to allow her to enroll as a pro se litigant.

**WHEREFORE, plaintiff** respectfully requests that this court grant her motion.

Respectfully submitted,

Genevia Emery
716 Third Street
Gretna, LA 70053
(504) 362-2828

## CERTIFICATE OF SERVICE

I, Genevia Emery, certify that a copy of the foregoing pleading was served on

previous counsel, defendant and the government by mailing the same to each properly

addressed and postage prepaid on this 5th day of May 2021.

Genevia Emery

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**CASE NO.: 1:20-CV-21180-MGC**

**O R D E R**

**THE FOREGOING CONSIDERED;**

**IT IS HEREBY ORDERED** that Genevia Emery,

be enrolled as a pro se litigant.

**THUS DONE AND SIGNED** in Miami, Florida this _____ day of _____,
2021.

_____
**JUDGE**



To reuse, cover or mark through any previous shipping information.

ORIGIN ID:NEWA  (504) 362-2828
DEMETRIE FORD
810 BIENVILLE ST

NEW ORLEANS, LA 70112
UNITED STATES US

SHIP DATE: 11MAY21
ACTWGT: 0.75 LB
CAD: 8880853/SSF02201

BILL CREDIT CARD

TO  **CLERK US DISTRICT COURT**
    **SOUTHERN DISTRICT OF FL**
    **400 N MIAMI AVE**

**MIAMI FL 33128**
(561) 879-5666        REF:
(MU)
PRI



**FedEx**
Express



**E**

**WED – 12 MAY 10:30A**
**PRIORITY OVERNIGHT**

TRK#  **7870 4426 7602**
0201

**XH MPBA**        **33128**
                   FL-US  **MIA**



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**CASE NO.: 1:20-CV-21180-MGC**

FILED BY _____ PG _____ D.C.

MAY 1 2 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## MOTION TO ENROLL AS PRO SE LITIGANT

**NOW INTO COURT** through undersigned counsel comes , GERALDINE

RILEY,  a pro se litigant made a party to this complaint, who respectfully moves this

Honorable Court to allow her to enroll as a pro se litigant.

**WHEREFORE, plaintiff** respectfully requests that this court grant her motion.

Respectfully submitted,

*Geraldine Riley*
Geraldine Riley
716 Third Street
Gretna, LA 70053
(504) 362-2828

## CERTIFICATE OF SERVICE

I, Geraldine Riley, certify that a copy of the foregoing pleading was served on

previous counsel, defendant and the government by mailing the same to each properly

addressed and postage prepaid on this 5th day of May 2021.

*Geraldine Riley*
Gealdine Riley

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division**

**CASE NO.: 1:20-CV-21180-MGC**

**O R D E R**

**THE FOREGOING CONSIDERED;**

**IT IS HEREBY ORDERED** that Geraldine Riley,

be enrolled as a pro se litigant.

**THUS DONE AND SIGNED** in Miami, Florida this _____ day of _____,
2021.

_____
**JUDGE**

To reuse, cover or mark through any previous shipping information.

ORIGIN ID:NEWA  (504) 362-2828
DEMETRIE FORD
810 BIENVILLE ST

NEW ORLEANS, LA 70112
UNITED STATES US

SHIP DATE: 11MAY21
ACTWGT: 0.75 LB
CAD: 8990853/SSF02201

BILL CREDIT CARD

TO **CLERK US DISTRICT COURT**
**SOUTHERN DISTRICT OF FL**
**400 N MIAMI AVE**

**MIAMI FL 33128**
(561) 879-5668          REF:
INV:
PO:                          DEPT:



 

**FedEx**
Express

**E**

TRK# 7870 4426 7602
0201

**WED – 12 MAY 10:30A**
**PRIORITY OVERNIGHT**

**XH MPBA**          **33128**
                     FL-US   **MIA**




UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 1:20-CV-21180-MGC

FILED BY _PG_ D.C.

MAY 1 2 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## MOTION TO ENROLL AS PRO SE LITIGANT

**NOW INTO COURT** through undersigned counsel comes, GLORIA THOMAS,

a pro se litigant made a party to this complaint, who respectfully moves this Honorable

Court to allow her to enroll as a pro se litigant.

**WHEREFORE, plaintiff** respectfully requests that this court grant her motion.

Respectfully submitted,

*Gloria Thomas*
Gloria Thomas
716 Third Street
Gretna, LA 70053
(504) 362-2828

## CERTIFICATE OF SERVICE

I, Gloria Thomas, certify that a copy of the foregoing pleading was served on

previous counsel, defendant and the government by mailing the same to each properly

addressed and postage prepaid on this 5th day of May 2021.

*Gloria Thomas*
Gloria Thomas

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**CASE NO.: 1:20-CV-21180-MGC**

**O R D E R**

**THE FOREGOING CONSIDERED**;

**IT IS HEREBY ORDERED** that Gloria Thomas,

be enrolled as a pro se litigant.

**THUS DONE AND SIGNED** in Miami, Florida this _____day of _____,
2021.


_____
**JUDGE**

To reuse, cover or mark through any previous shipping information.

ORIGIN ID:NEWA  (504) 362-2828
DEMETRIE FORD
810 BIENVILLE ST
NEW ORLEANS, LA 70112
UNITED STATES US

SHIP DATE: 11MAY21
ACTWGT: 0.75 LB
CAD: 6990853/SSF02201

BILL CREDIT CARD

TO  **CLERK US DISTRICT COURT**
    **SOUTHERN DISTRICT OF FL**
    **400 N MIAMI AVE**

    **MIAMI FL 33128**
    (561) 379-5558          REF:
    INV:
    PO:

 

**FedEx**
Express

**E**



TRK#  **7870 4426 7602**
0201

**WED – 12 MAY 10:30A**
**PRIORITY OVERNIGHT**

**XH MPBA**          33128
                FL-US  **MIA**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**CASE NO.: 1:20-CV-21180-MGC**

```
┌─────────────────────────────┐
│ FILED BY ___PG___ D.C.      │
│                             │
│    MAY 1 2 2021             │
│                             │
│    ANGELA E. NOBLE          │
│   CLERK U.S. DIST. CT.      │
│   S. D. OF FLA. - MIAMI     │
└─────────────────────────────┘
```

**MOTION TO ENROLL AS PRO SE LITIGANT**

**NOW INTO COURT** through undersigned counsel comes, JAH'VYRE

MATTHEWS,  a pro se litigant made a party to this complaint, who respectfully moves

this Honorable Court to allow her to enroll as a pro se litigant.

**WHEREFORE, plaintiff** respectfully requests that this court grant her motion.

Respectfully submitted,

*Jah'vyre Matthews*
Jah'vyre Matthews
716 Third Street
Gretna, LA 70053
(504) 362-2828

**CERTIFICATE OF SERVICE**

I, Jah'vyre Matthews, certify that a copy of the foregoing pleading was served on

previous counsel, defendant and the government by mailing the same to each properly

addressed and postage prepaid on this 5th day of May 2021.

*Jah'vyre Matthews*
Jah'vyre Matthews

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 1:20-CV-21180-MGC

## O R D E R

**THE FOREGOING CONSIDERED;**

**IT IS HEREBY ORDERED** that Jah'vyre Matthews,

be enrolled as a pro se litigant.


**THUS DONE AND SIGNED** in Miami, Florida this _____day of _____,
2021.


_____
**JUDGE**

To reuse, cover or mark through any previous shipping information.



ORIGIN ID:NEWA (504) 362-2828
DEMETRIE FORD
810 BIENVILLE ST
NEW ORLEANS, LA 70112
UNITED STATES US

SHIP DATE: 11MAY21
ACTWGT: 0.75 LB
CAD: 6890863/SSFO22201

BILL CREDIT CARD

TO **CLERK US DISTRICT COURT**
**SOUTHERN DISTRICT OF FL**
**400 N MIAMI AVE**

**MIAMI FL 33128**
(561) 879-5556          REF:
THU!
FRI                              DEPT:



FedEx
Express

E

TRK# 7870 4426 7602
0201

**XH MPBA**

**WED – 12 MAY 10:30A**
**PRIORITY OVERNIGHT**

33128
FL-US   **MIA**



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 1:20-CV-21180-MGC

FILED BY_____ RG ____D.C.

MAY 1 2 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## MOTION TO ENROLL AS PRO SE LITIGANT

**NOW INTO COURT** through undersigned counsel comes, JAMES OSUM,  a

pro se litigant made a party to this complaint, who respectfully moves this Honorable

Court to allow him to enroll as a pro se litigant.

**WHEREFORE, plaintiff** respectfully requests that this court grant his motion.

Respectfully submitted,

James Osum
716 Third Street
Gretna, LA 70053
(504) 362-2828

## CERTIFICATE OF SERVICE

I, James Osum, certify that a copy of the foregoing pleading was served on

previous counsel, defendant and the government by mailing the same to each properly

addressed and postage prepaid on this 5th day of May 2021.

James Osum

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 1:20-CV-21180-MGC

**O R D E R**

**THE FOREGOING CONSIDERED;**

**IT IS HEREBY ORDERED** that James Osum,

be enrolled as a pro se litigant.

**THUS DONE AND SIGNED** in Miami, Florida this _____day of _____, 2021.

_____
**JUDGE**

To reuse, cover or mark through any previous shipping information.

ORIGIN ID:NEWA  (504) 362-2828
DEMETRIE FORD

810 BIENVILLE ST

NEW ORLEANS, LA 70112
UNITED STATES US

SHIP DATE: 11MAY21
ACTWGT: 0.75 LB
CAD: 6880853/85FO2201

BILL CREDIT CARD

TO  **CLERK US DISTRICT COURT**
    **SOUTHERN DISTRICT OF FL**
    **400 N MIAMI AVE**

    **MIAMI FL 33128**
    (561) 879-5556          REF:
    PO:                     DEPT:



**FedEx**
Express



E

TRK#    7870 4426 7602        **WED – 12 MAY 10:30A**
0201                          **PRIORITY OVERNIGHT**

 **XH MPBA**          **33128**
                            FL-US  **MIA**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 1:20-CV-21180-MGC

FILED BY_____ PG ____D.C.

MAY 1 2 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## MOTION TO ENROLL AS PRO SE LITIGANT

**NOW INTO COURT** through undersigned counsel comes, JOYCE PARKER-OSUM,  a pro se litigant made a party to this complaint, who respectfully moves this Honorable Court to allow her to enroll as a pro se litigant.

**WHEREFORE, plaintiff** respectfully requests that this court grant her motion.

Respectfully submitted,

*Joyce Parker-Osum*
Joyce Parker-Osum
716 Third Street
Gretna, LA 70053
(504) 362-2828

## CERTIFICATE OF SERVICE

I, Joyce Parker-Osum, certify that a copy of the foregoing pleading was served on previous counsel, defendant and the government by mailing the same to each properly addressed and postage prepaid on this 5th day of May 2021.

*Joyce Parker-Osum*
Joyce Parker-Osum

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 1:20-CV-21180-MGC

**O R D E R**

**THE FOREGOING CONSIDERED**;

**IT IS HEREBY ORDERED** that Joyce Parker-Osum,

be enrolled as a pro se litigant.

**THUS DONE AND SIGNED** in Miami, Florida this _____ day of _____,
2021.

_____
**JUDGE**

To reuse, cover or mark through any previous shipping information.



ORIGIN ID:NEWA  (504) 382-2828
DEMETRIE FORD
810 BIENVILLE ST

NEW ORLEANS, LA 70112
UNITED STATES US

SHIP DATE: 11MAY21
ACTWGT: 0.75 LB
CAD: 8880863/SSF02201

BILL CREDIT CARD

TO  **CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF FL
400 N MIAMI AVE**

**MIAMI FL 33128**
(561) 879-5556        REF:



FedEx
Express

E



TRK# 7870 4426 7602      **WED – 12 MAY 10:30A
PRIORITY OVERNIGHT**

**XH MPBA**         **33128**
                 FL-US   **MIA**



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**CASE NO.: 1:20-CV-21180-MGC**

FILED BY____ PG ____D.C.

MAY 1 2 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## MOTION TO ENROLL AS PRO SE LITIGANT

**NOW INTO COURT** through undersigned counsel comes, KEANDRYS

DALTON, INDIVIDUALLY AND OBO LIYAH ELIOE,  a pro se litigant made a party

to this complaint, who respectfully moves this Honorable Court to allow her to enroll as a

pro se litigant, individually and on behalf of LIYAH ELIOE.

**WHEREFORE, plaintiff** respectfully requests that this court grant her motion.

Respectfully submitted,

Keandrys Dalton
716 Third Street
Gretna, LA 70053
(504) 362-2828

## CERTIFICATE OF SERVICE

I, Keandrys Dalton, certify that a copy of the foregoing pleading was served on

previous counsel, defendant and the government by mailing the same to each properly

addressed and postage prepaid on this 5th day of May 2021.

Keandrys Dalton

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**CASE NO.: 1:20-CV-21180-MGC**

**O R D E R**

**THE FOREGOING CONSIDERED;**

**IT IS HEREBY ORDERED** that Keandrys Dalton,

be enrolled as a pro se litigant, individually and on behalf of Liyah

Elioe.

**THUS DONE AND SIGNED** in Miami, Florida this _____day of _____,
2021.

_____
**JUDGE**

To reuse, cover or mark through any previous shipping information.

ORIGIN ID:NEWA  (504) 362-2828
DEMETRIE FORD
810 BIENVILLE ST
NEW ORLEANS, LA 70112
UNITED STATES US

SHIP DATE: 11MAY21
ACTWGT: 0.75 LB
CAD: 8890863/SSF02201

BILL CREDIT CARD

TO  CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF FL
400 N MIAMI AVE

MIAMI FL 33128
(501) 879-5556          REF:




FedEx
Express

E

WED – 12 MAY 10:30A
PRIORITY OVERNIGHT

TRK# 7870 4426 7602
0201

XH MPBA

33128
FL-US  MIA



**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division**

**CASE NO.: 1:20-CV-21180-MGC**

FILED BY _____ PG _____ D.C.

MAY 1 2 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## MOTION TO ENROLL AS PRO SE LITIGANT

**NOW INTO COURT** through undersigned counsel comes, KENZIE

McKINNEY,  a pro se litigant made a party to this complaint, who respectfully moves

this Honorable Court to allow her to enroll as a pro se litigant.

**WHEREFORE, plaintiff** respectfully requests that this court grant her motion.

Respectfully submitted,

Kenzie McKinney
Kenzie McKinney
716 Third Street
Gretna, LA 70053
(504) 362-2828

## CERTIFICATE OF SERVICE

I, Kenzie McKinney, certify that a copy of the foregoing pleading was served on

previous counsel, defendant and the government by mailing the same to each properly

addressed and postage prepaid on this 5th day of May 2021.

Kenzie McKinney
Kenzie McKinney

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**CASE NO.: 1:20-CV-21180-MGC**

<u>O R D E R</u>

**THE FOREGOING CONSIDERED;**

**IT IS HEREBY ORDERED** that Kenzie McKinney,

be enrolled as a pro se litigant.

**THUS DONE AND SIGNED** in Miami, Florida this _____day of _____, 2021.

_____
**JUDGE**



To reuse, cover or mark through any previous shipping information.

ORIGIN ID:NEWA   (504) 362-2828
DEMETRIE FORD
810 BIENVILLE ST
NEW ORLEANS, LA 70112
UNITED STATES US

SHIP DATE: 11MAY21
ACTWGT: 0.75 LB
CAD: 8990853/SSF02201

BILL CREDIT CARD

TO  **CLERK US DISTRICT COURT**
    **SOUTHERN DISTRICT OF FL**
    **400 N MIAMI AVE**

    **MIAMI FL 33128**
(561) 879-5556          REF:
INV:
PO:





**FedEx**
Express

**E**

TRK#  **7870 4426 7602**
0201

WED – 12 MAY 10:30A
**PRIORITY OVERNIGHT**

**XH MPBA**

**33128**
FL-US   **MIA**



**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division**

**CASE NO.: 1:20-CV-21180-MGC**

FILED BY _PG_ D.C.

MAY 12 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## MOTION TO ENROLL AS PRO SE LITIGANT

**NOW INTO COURT** through undersigned counsel comes, LASHONDA

THOMPSON,  a pro se litigant made a party to this complaint, who respectfully moves

this Honorable Court to allow her to enroll as a pro se litigant**.**

**WHEREFORE, plaintiff** respectfully requests that this court grant her motion.

Respectfully submitted,

Lashonda Thompson
716 Third Street
Gretna, LA 70053
(504) 362-2828

## CERTIFICATE OF SERVICE

I, Lashonda Thompson, certify that a copy of the foregoing pleading was served

on previous counsel, defendant and the government by mailing the same to each properly

addressed and postage prepaid on this 5th day of May 2021.

Lashonda Thompson

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**CASE NO.: 1:20-CV-21180-MGC**

## O R D E R

**THE FOREGOING CONSIDERED;**

    **IT IS HEREBY ORDERED** that Lashonda Thompson,

be enrolled as a pro se litigant.

    **THUS DONE AND SIGNED** in Miami, Florida this _____day of _____,
2021.

_____
**JUDGE**

To reuse, cover or mark through any previous shipping information.

ORIGIN ID:NEWA (504) 362-2828
DEMETRIE FORD
810 BIENVILLE ST

NEW ORLEANS, LA 70112
UNITED STATES US

SHIP DATE: 11MAY21
ACTWGT: 0.75 LB
CAD: 8890853/SSFO22201

BILL CREDIT CARD

TO **CLERK US DISTRICT COURT**
**SOUTHERN DISTRICT OF FL**
**400 N MIAMI AVE**

**MIAMI FL 33128**
(561) 879-5558          REF:




**FedEx**
Express

**E**



TRK# 7870 4426 7602
0201

**WED – 12 MAY 10:30A**
**PRIORITY OVERNIGHT**

**XH MPBA**          **33128**
                     FL-US   **MIA**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**CASE NO.: 1:20-CV-21180-MGC**

FILED BY_____*AG*____D.C.

MAY 1 2 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## MOTION TO ENROLL AS PRO SE LITIGANT

**NOW INTO COURT** through undersigned counsel comes, LORENZO

MOORE, a pro se litigant made a party to this complaint, who respectfully moves this

Honorable Court to allow him to enroll as a pro se litigant.

**WHEREFORE, plaintiff** respectfully requests that this court grant his motion.

Respectfully submitted,

*Lorenzo Moore*
Lorenzo Moore
716 Third Street
Gretna, LA 70053
(504) 362-2828

## CERTIFICATE OF SERVICE

I, Lorenzo Moore, certify that a copy of the foregoing pleading was served on

previous counsel, defendant and the government by mailing the same to each properly

addressed and postage prepaid on this 5th day of May 2021.

*Lorenzo Moore*
Lorenzo Moore

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**CASE NO.: 1:20-CV-21180-MGC**

**O R D E R**

**THE FOREGOING CONSIDERED;**

    **IT IS HEREBY ORDERED** that Lorenzo Moore,

be enrolled as a pro se litigant.

    **THUS DONE AND SIGNED** in Miami, Florida this _____day of _____,
2021.

_____
                **JUDGE**

To reuse, cover or mark through any previous shipping information.



ORIGIN ID:NEWA  (504) 362-2929
DEMETRIE FORD
810 BIENVILLE ST
NEW ORLEANS, LA 70112
UNITED STATES US

SHIP DATE: 11MAY21
ACTWGT: 0.75 LB
CAD: 9890853/SSFQ2201

BILL CREDIT CARD

TO  **CLERK US DISTRICT COURT**
**SOUTHERN DISTRICT OF FL**
**400 N MIAMI AVE**

**MIAMI FL 33128**
(561) 379-5558        REF:
THU
F01                        DEPT:




**FedEx**
Express
**E**


WED – 12 MAY 10:30A
**PRIORITY OVERNIGHT**

TRK#
0201   **7870 4426 7602**

**XH MPBA**          **33128**
FL-US  **MIA**



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**CASE NO.: 1:20-CV-21180-MGC**

FILED BY _PG_ D.C.

MAY 1 2 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## MOTION TO ENROLL AS PRO SE LITIGANT

**NOW INTO COURT** through undersigned counsel comes, MARY STERLING,

a pro se litigant made a party to this complaint, who respectfully moves this Honorable

Court to allow her to enroll as a pro se litigant.

**WHEREFORE, plaintiff** respectfully requests that this court grant her motion.

Respectfully submitted,

Mary Sterling
716 Third Street
Gretna, LA 70053
(504) 362-2828

## CERTIFICATE OF SERVICE

I, Mary Sterling, certify that a copy of the foregoing pleading was served on

previous counsel, defendant and the government by mailing the same to each properly

addressed and postage prepaid on this 5th day of May 2021.

Mary Sterling

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**CASE NO.: 1:20-CV-21180-MGC**

## O R D E R

**THE FOREGOING CONSIDERED;**

**IT IS HEREBY ORDERED** that Mary Sterling,

be enrolled as a pro se litigant.

**THUS DONE AND SIGNED** in Miami, Florida this _____day of _____,
2021.

_____
**JUDGE**



To reuse, cover or mark through any previous shipping information.

ORIGIN ID:NEWA  (504) 362-2828
DEMETRIE FORD
810 BIENVILLE ST
NEW ORLEANS, LA 70112
UNITED STATES US

SHIP DATE: 11MAY21
ACTWGT: 0.75 LB
CAD: 8990853/SSF02201

BILL CREDIT CARD

TO **CLERK US DISTRICT COURT**
**SOUTHERN DISTRICT OF FL**
**400 N MIAMI AVE**

**MIAMI FL 33128**
(561) 379-5556          REF:



FedEx
Express

**E**

**WED – 12 MAY 10:30A**
**PRIORITY OVERNIGHT**

TRK#
0201  **7870 4426 7602**



**XH MPBA**          **33128**
                  FL-US  **MIA**



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 1:20-CV-21180-MGC

FILED BY_____PG_____D.C.

MAY 1 2 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## MOTION TO ENROLL AS PRO SE LITIGANT

**NOW INTO COURT** through undersigned counsel comes, PHYLLIS

McDONALD,  a pro se litigant made a party to this complaint, who respectfully moves

this Honorable Court to allow her to enroll as a pro se litigant.

**WHEREFORE, plaintiff** respectfully requests that this court grant her motion.

Respectfully submitted,

*Phyllis McDonald*
Phyllis McDonald
716 Third Street
Gretna, LA 70053
(504) 362-2828

## CERTIFICATE OF SERVICE

I, Phyllis McDonald, certify that a copy of the foregoing pleading was served on

previous counsel, defendant and the government by mailing the same to each properly

addressed and postage prepaid on this 5th day of May 2021.

*Phyllis McDonald*
Phyllis McDonald

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 1:20-CV-21180-MGC

### O R D E R

**THE FOREGOING CONSIDERED;**

**IT IS HEREBY ORDERED** that Phyllis McDonald,

be enrolled as a pro se litigant.

**THUS DONE AND SIGNED** in Miami, Florida this _____ day of _____,
2021.

_____
**JUDGE**



To reuse, cover or mark through any previous shipping information.

ORIGIN ID:NEWA  (504) 362-2828
DEMETRIE FORD
810 BIENVILLE ST
NEW ORLEANS, LA 70112
UNITED STATES US

SHIP DATE: 11MAY21
ACTWGT: 0.75 LB
CAD: 8990863/SSF02201

BILL CREDIT CARD

TO  **CLERK US DISTRICT COURT**
    **SOUTHERN DISTRICT OF FL**
    **400 N MIAMI AVE**

    **MIAMI FL 33128**
    (561) 879-5556       REF:
    INV:
    PO:                  DEPT:



**FedEx**
Express



**E**

TRK# 7870 4426 7602       **WED – 12 MAY 10:30A**
0201                      **PRIORITY OVERNIGHT**

**XH MPBA**            **33128**
                    FL-US   **MIA**



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**CASE NO.: 1:20-CV-21180-MGC**

FILED BY ___PG___ D.C.

MAY 1 2 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**MOTION TO ENROLL AS PRO SE LITIGANT**

**NOW INTO COURT** through undersigned counsel comes, ROSALYN

PARKER, a pro se litigant made a party to this complaint, who respectfully moves this

Honorable Court to allow her to enroll as a pro se litigant.

**WHEREFORE, plaintiff** respectfully requests that this court grant her motion.

Respectfully submitted,

Rosalyn Parker
716 Third Street
Gretna, LA 70053
(504) 362-2828

**CERTIFICATE OF SERVICE**

I, Rosalyn Parker, certify that a copy of the foregoing pleading was served on

previous counsel, defendant and the government by mailing the same to each properly

addressed and postage prepaid on this 5th day of May 2021.

Rosalyn Parker

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 1:20-CV-21180-MGC

**O R D E R**

**THE FOREGOING CONSIDERED;**

**IT IS HEREBY ORDERED** that Rosalyn Parker,

be enrolled as a pro se litigant.

**THUS DONE AND SIGNED** in Miami, Florida this _____ day of _____, 2021.

_____

**JUDGE**



To reuse, cover or mark through any previous shipping information.

ORIGIN ID:NEWA (504) 362-2828
DEMETRIE FORD
810 BIENVILLE ST
NEW ORLEANS, LA 70112
UNITED STATES US

SHIP DATE: 11MAY21
ACTWGT: 0.75 LB
CAD: 6990663/SSF02201

BILL CREDIT CARD

TO **CLERK US DISTRICT COURT**
**SOUTHERN DISTRICT OF FL**
**400 N MIAMI AVE**

**MIAMI FL 33128**
(561) 379-5556          REF:
INV:
PB:



**FedEx**
Express



TRK# 7870 4426 7602
0201

WED – 12 MAY 10:30A
**PRIORITY OVERNIGHT**

**XH MPBA**

33128
FL-US    **MIA**



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**CASE NO.: 1:20-CV-21180-MGC**

```
FILED BY____PG____D.C.

MAY 1 2 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI
```

**MOTION TO ENROLL AS PRO SE LITIGANT**

**NOW INTO COURT** through undersigned counsel comes, SANDRA BROWN,

a pro se litigant made a party to this complaint, who respectfully moves this Honorable

Court to allow her to enroll as a pro se litigant.

**WHEREFORE, plaintiff** respectfully requests that this court grant her motion.


Respectfully submitted,

*Sandra Brown*
Sandra Brown
716 Third Street
Gretna, LA 70053
(504) 362-2828



**CERTIFICATE OF SERVICE**


I, Sandra Brown, certify that a copy of the foregoing pleading was served on

previous counsel, defendant and the government by mailing the same to each properly

addressed and postage prepaid on this 5th day of May 2021.

*Sandra Brown*
Sandra Brown

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

CASE NO.: 1:20-CV-21180-MGC

<u>O R D E R</u>

**THE FOREGOING CONSIDERED;**

**IT IS HEREBY ORDERED** that Sandra Brown,

be enrolled as a pro se litigant.

**THUS DONE AND SIGNED** in Miami, Florida this _____ day of _____,
2021.

_____
**JUDGE**

To reuse, cover or mark through any previous shipping information.

ORIGIN ID:NEWA  (504) 362-2828
DEMETRIE FORD
810 BIENVILLE ST
NEW ORLEANS, LA 70112
UNITED STATES US

SHIP DATE: 11MAY21
ACTWGT: 0.75 LB
CAD: 6890863/SSF02201

BILL CREDIT CARD

TO **CLERK US DISTRICT COURT**
   **SOUTHERN DISTRICT OF FL**
   **400 N MIAMI AVE**

   **MIAMI FL 33128**
   (561) 379-5556            REF:




**FedEx**
Express

WED – 12 MAY 10:30A
PRIORITY OVERNIGHT

TRK# 7870 4426 7602
0201



**XH MPBA**
                              **33128**
                         FL-US  **MIA**



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**CASE NO.: 1:20-CV-21180-MGC**



FILED BY____**PG**____D.C.

MAY 1 2 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## MOTION TO ENROLL AS PRO SE LITIGANT

**NOW INTO COURT** through undersigned counsel comes, SHEILA

WILLIAMS,  a pro se litigant made a party to this complaint, who respectfully moves

this Honorable Court to allow her to enroll as a pro se litigant.

**WHEREFORE, plaintiff** respectfully requests that this court grant her motion.

Respectfully submitted,

Sheila Williams
716 Third Street
Gretna, LA 70053
(504) 362-2828

## CERTIFICATE OF SERVICE

I, Sheila Williams, certify that a copy of the foregoing pleading was served on

previous counsel, defendant and the government by mailing the same to each properly

addressed and postage prepaid on this 5th day of May 2021.

Sheila Williams

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

**CASE NO.: 1:20-CV-21180-MGC**

**O R D E R**

**THE FOREGOING CONSIDERED;**

    **IT IS HEREBY ORDERED** that Sheila Williams,

be enrolled as a pro se litigant.

    **THUS DONE AND SIGNED** in Miami, Florida this _____day of _____,
2021.

_____
**JUDGE**

To reuse, cover or mark through any previous shipping information.

ORIGIN ID:NEWA  (504) 362-2828
DEMETRIE FORD

810 BIENVILLE ST

NEW ORLEANS, LA 70112
UNITED STATES US

SHIP DATE: 11MAY21
ACTWGT: 0.75 LB
CAD: 6890863/SSF02201

BILL CREDIT CARD

TO **CLERK US DISTRICT COURT**
**SOUTHERN DISTRICT OF FL**
**400 N MIAMI AVE**

**MIAMI FL 33128**
(561) 379-5556     REF:



**FedEx**
Express

**E**

TRK# 7870 4426 7602
0201

**WED — 12 MAY 10:30A**
**PRIORITY OVERNIGHT**

**XH MPBA**          **33128**
FL-US   **MIA**

