**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.   20-25180-CIV-ALTONAGA**

**CECILE DALTON**, *et. al.*,

     Plaintiffs,

v.

**CARNIVAL CORPORATION**,

     Defendant.

_____/

**ADMINISTRATIVE ORDER CLOSING CASE**

**THIS CAUSE** is before the Court upon the Joint Motion to Continue all Pre-Trial Deadlines and Trial, filed on December 15, 2022 [ECF No. 44].   In the Motion, the parties request a 180-day continuance to complete discovery and allow settlement discussions to continue.   To conserve the parties' and judicial resources, it is

**ORDERED AND ADJUDGED** that the Clerk of the Court is **DIRECTED** to mark this case **CLOSED** for statistical purposes only and any pending motions are **DENIED** as moot. The Court nonetheless retains jurisdiction, and the case shall be restored to the active docket upon Court order following motion of a party.   The parties are to submit a stipulation for dismissal or a joint status report regarding the parties' discovery within ninety (90) days of the date of this Order.

**DONE AND ORDERED** in Miami, Florida, this 15th day of December, 2022.

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record