UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-25180-CIV-ALTONAGA/Damian

**CECILE DALTON**, *et al.*,

    Plaintiffs,

v.

**CARNIVAL CRUISE LINES**,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court on the Notice of Motion and Supporting Memorandum of Law by Plaintiffs' Counsel Victoria E. Brieant to Withdraw as Counsel for Plaintiffs [ECF No. 51]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED** as follows:

1. Effective immediately, Victoria E. Brieant, shall no longer be counsel of record for the Plaintiffs.

2. Plaintiffs have until September 15, 2023 to retain new local counsel who shall file a notice of appearance by such date.

3. Until new local counsel is retained within 30 days from entry of this order, Demetrie E. Ford, Sr., Ill may continue to appear and participate in this action on behalf of the plaintiffs as *pro hac vice* counsel. The Clerk shall continue to provide electronic notification of all electronic filings to Demetrie E. Ford Sr. at attyford@aol.com.

4. Attorney Victoria E. Brieant shall serve a copy of this Order on all Plaintiffs and file a certificate of service with the Clerk of the Court by **August 16, 2023**.

CASE NO. 20-25180-CIV-ALTONAGA

**DONE AND ORDERED** in Miami, Florida, this 14th day of August, 2023.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:  counsel of record